IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DUANE KWIATKOWSKI | CIVIL ACTION NO: 1:21-cv-00847-PAG |
| Plaintiff, | JUDGE: PATRICIA A. GAUGHAN |
| vs. | |
| BEST PET SUPPLIES, INC. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant | |

So Ordered.
/s/ Patricia A. Gaughan
7/6/21

    Now come the parties and hereby stipulate that all claims in the lawsuit are hereby dismissed with prejudice with Court costs to the Defendants.

Date July 2, 2021                                                                Respectfully submitted,

*/s/ Mark M. Abramowitz*
Mark Abramowitz (0088145)
Mark A. DiCello (0063924)
DICELLO LEVITT GUTZLER LLC
7556 Mentor Ave.
Mentor, Ohio 44060
Phone:  440.953.8888
Fax:  440.953.9138
mabramowitz@dicellolevitt.com
madicello@dicellolevitt.com

*/s/ Matthew M. Duffy*
Matthew M. Duffy (0071371)
SENIOR TRIAL ATTORNEY
Salaried Employee of The Hanover Insurance Company
9229 Delegates Row, Suite 100
Indianapolis, Indiana 46240
(216) 328-2012, Direct Line
(317) 208-5802, Office
maduffy@hanover.com

Ron Simon*
Ron Simon & Associates
820 Gessner, Suite 1455
Houston, Texas 77024
Phone: 713.335.4900
Fax: 713.335.4949
ron@rsaalaw.com

*Attorney for Defendant, BEST PET SUPPLIES, INC.*

*Attorneys for Plaintiff*

*Pending Admission Pro Hac Vice